Louis W. Goldstein v. B. Crystal & Son.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Fairfax Operating Co., Inc., v. Marty Mann.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Kelvinator Sales Corporation v. Byro Realty Corporation and Others. (6 Actions.) — Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Isaac N. Weber v. George M. Watters.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Henry Tudor Mason v. Clover Gardens, Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Samuel Brody v. Church & Dwight Co., Inc., Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Lewis W. Pipher v. Thomas J. Horgan, as Property Clerk of the Police Department, etc., Impleaded with Hyman Price.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Albert C. Wills v. Investors Bankstocks Corporation.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Albert C. Wills v. Investors Bankstocks Corporation.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Herman Basch & Co., Inc., v. Abraham Morgenstern and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Scott Webster Corporation v. William E. Walsh, as Chairman, and Others, and Nicholas Sciscente and Another — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

In the Matter of the Estates of Dorothy and Anna Haeger, Infants over the Age of Fourteen Years.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.

William Jennings v. Maurice C. Gennert.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and Sherman, JJ.